JONES v. LIBERTY FINANCIAL PLANNING

No. 357P87.

Case below: 86 N.C. App. 232.

Notice of appeal by plaintiffs pursuant to G.S. 7A-30 dismissed 3 September 1987. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

KNOTVILLE VOLUNTEER FIRE DEPT. v. WILKES COUNTY

No. 313P87.

Case below: 85 N.C. App. 598.

Petition by respondent (Broadway Fire Department, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987. Petition by respondent (Wilkes County) for discretionary review pursuant to G.S. 7A-31 dismissed 3 September 1987.

LAKE v. PHILLIPS INVESTMENT BUILDERS, INC.

No. 292P87.

Case below: 85 N.C. App. 538.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

McKINNEY v. MOSTELLER

No. 303PA87.

Case below: 85 N.C. App. 429.

Petition by defendant (Eugene Baker Willis) and several defendants for discretionary review pursuant to G.S. 7A-31 allowed 3 September 1987.

MILLER v. PARLOR FURNITURE

No. 305P87.

Case below: 85 N.C. App. 538.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987. Notice of appeal by defendant pursuant to G.S. 7A-30 dismissed 3 September 1987.